(104 So. 924)

Chesley POWELL v. STATE. (7 Div. 82.) (Court of Appeals of Alabama. June 9, 1925.) Appeal from Circuit Court, Dekalb County; W. W. Haralson, Judge. Distilling.

SAMFORD, J. Appeal dismissed.

(101 So. 925)

Will PRIDGEN v. STATE. (4 Div. 3.) (Court of Appeals of Alabama. Nov. 11, 1924.) Appeal from Circuit Court, Pike County; W. L. Parks, Judge. Violating prohibition law.

FOSTER, J. Affirmed.

(102 So. 925)

PURITAN BAKING CO. v. PEERLESS WIRE GOODS CO. (6 Div. 479.) (Court of Appeals of Alabama. Nov. 27, 1924.) Appeal from Circuit Court, Jefferson County; Joe C. Hail, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(103 So. 926)

Jodie QUINN v. STATE. (8 Div. 240.) (Court of Appeals of Alabama. March 17, 1925.) Appeal from Circuit Court, Madison County; James E. Horton, Jr., Judge. Receiving stolen property. S. H. Richardson and John E. McEachin, both of Huntsville, for appellant. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. The constituent elements of the crime charged have so often been declared as to render further declaration unnecessary. See Karackalas v. State, 18 Ala. App. 181, 89 So. 833; Jordan v State, 17 Ala. App. 575, 87 So. 433; Canellos v. State, 17 Ala. App. 278, 84 So. 396. There is no sufficient evidence in this case to prove that the property was in fact stolen, or, if so, that defendant bought it with a guilty knowledge. The defendant was entitled to the general charge, and for the failure of the trial court to give this charge as requested the judgment is reversed and the cause is remanded. Reversed and remanded.

(101 So. 925)

Harry RANDOLPH et al. v. Octavia A. WHITE. (6 Div. 510.) (Court of Appeals of Alabama. Nov. 11, 1924.) Appeal from Circuit Court, Jefferson County; Romaine Boyd, Judge. H. J. Ward, of Birmingham, for appellants. Frank S. White & Son and E. C. Crow, all of Birmingham, for appellee.

BRICKEN, P. J. Appeal dismissed by consent of parties.

(101 So. 925)

J. P. RAWLS v. SESSIONS TRADING CO. (4 Div. 986.) (Court of Appeals of Alabama. Nov. 11, 1924.) Appeal from Circuit Court, Coffee County; W. L. Parks, Judge.

FOSTER, J. Appeal dismissed, on motion of appellee.

(104 So. 924)

Robert REESE v. STATE. (6 Div. 645.) (Court of Appeals of Alabama. May 26, 1925,)

Appeal from Circuit Court, Jefferson County, Bessemer Division; J. C. B. Gwin, Judge.

RICE, J. The defendant was convicted of violating the prohibition laws, and brings this appeal on the record proper, without bill of exceptions. There being no error apparent, let the judgment be affirmed.

(100 So. 926)

Mancil REEVES v. STATE. (4 Div. 930.) (Court of Appeals of Alabama. June 7, 1924.) Appeal from Circuit Court, Crenshaw County; Arthur E. Gamble, Judge. Concealed pistol.

BRICKEN, P. J. Appeal dismissed on motion of Attorney General.

(102 So. 925)

Arthur REEVES v. STATE. (1 Div. 602.) (Court of Appeals of Alabama. Nov. 25, 1924.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge.

BRICKEN, P. J. From a conviction for the offense of distilling, making, or manufacturing alcoholic, spirituous, malted, or mixed liquors or beverages, a part of which was alcohol, defendant appealed. This transcript contains no bill of exceptions, and the record proper, upon which the appeal is based, is free from error or irregularity. The judgment of conviction appealed from will be affirmed. Affirmed.

(104 So. 924)

Richmond REYNOLDS v. STATE. (4 Div. 107.) (Court of Appeals of Alabama. May 26, 1925.) Appeal from Circuit Court, Pike County; W. L. Parks, Judge. Ballard & Brassell, of Troy, for appellant. Harwell G. Davis, Atty. Gen., for the State.

RICE, J. The defendant was convicted of the offense of assault with intent to murder, and appeals. It would serve no useful purpose to discuss the evidence. No exceptions were reserved to the admission or rejection of any part of same, and the guilt vel non of the defendant was properly submitted to the jury, under appropriate instructions as to the law, to no part of which any objection was made. There were no written charges refused to defendant, and the appeal appears to have been taken merely for delay. Let the judgment be affirmed. Affirmed.

(101 So. 925)

Ex parte Edwin A. ROBERTSON. (6 Div. 644.) (Court of Appeals of Alabama. Oct. 13, 1924.) Petition for writ of prohibition to Hon. Wm. M. Walker, as Judge of the Circuit Court, Jefferson County.

PER CURIAM. Petition dismissed, on motion of petitioner.

(104 So. 924)

Edwin A. ROBERTSON v. CITY OF EDGEWOOD. (6 Div. 704.) (Court of Appeals of Alabama. April 23, 1925.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge. Speeding.

PER CURIAM. Appeal dismissed for want of prosecution.